# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Total Group, LLC

                              Plaintiff,

v.                                               Case No.: 3:23−cv−01115

Doster Construction Company, Inc.

                              Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/17/2024 re [20].

                                                          Lynda M. Hill
                                      s/ Megan Gregory, Deputy Clerk